```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

CHARLES HANSEN,                )
                               )
          Plaintiff,           )         4:10CV3002
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )         ORDER
Commissioner of the Social     )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for extension of stay (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the briefing schedule is stayed until May 27, 2011.

DATED this 9th of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court